United States District court
District of connecticut

Jeffrey Schlosser #269683          Civil No
                 V                 319cv1445 SRU
Shannon Droughn **RN**             Amended complaint
Chelsea Nappi RN                   10-5-20
Tiara Cheatman RN
Tamara Jackson RN
Jeanette Maldonado Deputy warden
Denise walker Deputy warden
Karen mcGowan - Cottle AprN
L, Richardson BSN RN
Soler LPN
Goode RN
Angel Quiros Deputy commissioner
Cheryl Cepelak Deputy commissioner
S. Jones ASN
Ticiolo Counselor Supervisor
Ned Lamont Governor
Susan Bysewicz Lt Governor
Captain Domitriz

2

# I. Jurisdiction

1) This is a civil action Authorized by 42USC 1981, 1983, 1985, 1986, 1988, 1997d, 10841, 12101 etseq, 2000d-2, 2000d-7, Intentional Infliction of emotional Distress, mental and emotional Injury, 18USC 241, 242, 245, 1001, 1341, white collar crimes, 29USC 794, 45CFR Part 85 et seq, 15USC4, 15USC77t(B) 28CFR Part 35 et seq To Redress The Deprivation of Rights under color of state law of the Rights Secured by the United States constitution as well as state and federal laws. The court Has Jurisdiction Pursuant to 28USC 1331, 1334(A)(3), 1367, Pro-Se Plaintiff Schlosser seeks Declatory Relief pursuant to white collar crimes and 28USC2201, 2202. Schlosser's claims For Injunctive Relief are Authorized by 15USC4, 15USC 77t(B), 28CFR Part 35 et seq, Rules 64 and 65 of the federal Rules of civil procedure and 28USC2283, 2284.

II Plaintiff

2) Plaintiff Jeffrey Schlosser #269683 is a prisoner of the state of connecticut. He is currently confined at cheshire CI 900 Highland Ave cheshire Ct 06410, Sentence Start Date is october 30 2018 and Sentence end Date is Approximately 2023 for a Sentence of 5yrs.

4

# III Defendants

3) Defendant Shannon Draughn is a Registered Nurse at New Haven Correctional center 245 Whalley Ave New Haven ct. At all times mentioned is Responsible and liable for the Health, welfare, safety of the inmates, security of the facility and not violating any state or federal Laws.

A) Defendant chelsea Nappi is a Registered Nurse at New Haven Correctional center 245 whalley Ave New Haven ct. At all times mentioned is responsible and liable for the Health, welfare, safety of the inmates, security of the facility and not violating any state or federal laws.

B) Defendant Tiara cheatman is a Registered Nurse and medical supervisor at New Haven Correctional center 245 whalley Ave New Haven ct. At all times mentioned is Responsible for the Health, welfare, safety of the inmates, security of the facility and not violating any state or federal laws.

C) Defendant Jackson is a medical supervisor at New Haven Correctional center 245 whalley Ave New Haven ct. At all times mentioned is Responsible and liable for the Health, welfare, safety of the inmates, security of the facility

and not violating any state or federal laws.

D) Defendant Jeanette Maldonado is a Deputy warden at New Haven correctional center 245 Whalley Ave New Haven Ct. At all times mentioned is Responsible and liable for the Health, welfare, safety of the inmates, security of the facility and not violating any state or federal LAWS.

E) Defendant Denise Walker is a Deputy warden at New Haven correctional center 245 whalley Ave New Haven Ct. At all times mentioned is responsible and liable for the Health, welfare, safety of the inmates, security of the facility and not violating any state or federal LAWS.

F) Defendant Angel Quiros is a Deputy commissioner for the state of connecticut Department of corrections at 24 wolcott Hill RD Wethersfield Ct. At all times mentioned is Responsible and liable for the Health, welfare, safety of all inmates in all facilities in Ct DOC Jurisdiction Security of all facilities, staff conduct and Discipline and not violating any state or federal LAWS.

6

G) Defendant Cheryl Cepelak is a Deputy Commissioner for the State of Connecticut Department of Corrections at 24 Wolcott Hill RD Wethersfield Ct, At all times is Responsible and liable for the Health, welfare, safety of all inmates in Ct Doc Jurisdiction, security of all facilities, staff conduct and discipline, and not violating any state or federal laws.

H) Defendant McGowan-Cottle APRN is an Advanced Practice Nurse at 245 Whalley Ave New Haven Ct, At all times is Responsible and liable for the Health, welfare, safety of the inmates, security of the facility and not violating any state or federal Laws

I) L. Richardson is a BSN Registered Nurse at New Haven Correctional Center 245 Whalley Ave New Haven Ct At all times is Responsible and liable for the Health, welfare, safety of the inmates, security of the facility and not violating any state or federal laws.

J) Defendant Ned Lamont is the Governor for the State of Connecticut, At all times mentioned is Responsible and liable for the Health, welfare, safety of the inmates incarcerated in all facilities in Ct Doc Jurisdiction, security of all facilities, staff conduct and Discipline

and not violating any State or Federal Laws.

K) Defendant Susan Bysewicz is a Lietenant Governor for The State of connecticut. At all Times is Responsible and liable for all inmates in all Facilities within ct Doc Jurisdiction This means their Health, welfare and safety. She is also responsible and liable for the security of all facilities as well as staff conduct and Discipline.

L) Defendant Domitriz is a captain at cheshire CI 900 Highland Ave cheshire ct. At all times is responsible and liable for the Health, welfare, Safety of the inmates, security of the facility and the conduct of the employees at cheshire and not violating any State or Federal laws.

8

# IIII Facts

4) On withDrawl From GAbapentin, Schlosser experiences pAins in his legs that require Him to pace BAck and forth in his cell for Relief. On Sudden Discontinuation Schlosser also also experiences "The sweats" and feels "sick and Achey" He Also Feels agitated, confused, Disoriented, and experiences Delirium. Schlosser could have also haD withDrawl siezures which may have only responded to the re-administration of the medication GAbapentin He WAS takking.

A) On withDrawl From colonadine, Schlosser's blood pressure medication, he experiences "rebound Hypertension" The high Blood pressure causes Schlosser to feel sick to his stomach, so he cannot eat, causes severe HeadAches, and makes him feel cold and clammy. Colonadine withdrawls cause Alpha vasoconstriction. Schlosser has been takking colonadine since 2012

B) On withDrawl From VenlaFAxin Schlosser experiences dyspheria, headaches, NauseA, irratibility, emotional Inbility, and the sensation of electric Shocks or "Brain zaps" He is also unable to sleep. These symptoms are the result of an overly RApid reduction of Neurotransmitter levels. This medication is

is used to treat his severe anxiety, agoraphobia, social phobias, and to keep him relaxed as treatment for his severe PTSD. Venlafaxin and Gabapentin work better together than seperately.

C) Schlosser also takes BenyDryl to sleep. The medication Doses Schlosser takes only last 8 to 10 hours so he starts to experience withdrawl symptoms when he misses even one Dose of his medication. When he does not get a complete Dose of medication it takes about two Days for Schlosser to feel normal again and eat properly.

D) On November 26 2018 Shannon Draughn was yelling profanities and Degrading inmate Hayne. Officer Blake closed the Door and Draughn began Banging on it and continue to yell at Hayne Now asking for a lieutenant to come to the Block.

E) Draughn then came to my Door and Dispensed my medication that was powder. She began Harassing, and intimidating me when I wouldn't Do a finger sweep in my mouth she called me numerous profanities, she was loud and smelled like alcohol. When Lt pedro showed up I explained that Draughn was harassing me. I also showed the Lieutenant that I was not Hoarding medication

10

This was Done infront of Draughn

F) Dates and Times seem to be off in relativity to Dates Actual events occured. Medical History Document No 846 Draughn States that inmate is Non-compliant in Regards to November 26 She States inmate is trying to Hoard his Benydryl and Grabapentin (Neurontin) under his tongue. This is A FAlse statement as Lt Pedro Already Did a mouth check.

G) Draughn also HAstily without Any thought Got Approval to remove the Grabapentin and replace with Acetaminophin this was authorized by Karen McGowan-Cottle. I cannot take NSAids as I have a pretty Severe case of thrombocynepedia A Blood condition that causes me to Bleed easily because I don't have alot of platelets. This condition is the opposite but same condition as a Hemophiliac. NSAids cause my Blood to thin out making my condition worse and causing Hematomas Just from rolling over in my Sleep. Doc 849, 850, 851, 848, 847

H) Karen McGowan-Cottle on false information from Draughn Denied Grabapentin increase to Schlosser. This Defendant also Did not properly look at Schlosser's medical File. Doc 860, 858

Karen also did not put the correct Dose that Schlosser was taking in the Street that was prescribed to him. A verification by Paul makinano on Approx Date of 3/19/19 verified with Britney at CVS in NewHaven Confirms the 900 MG Dose of Gabapentin not 800mg. Doc 431

I) It is unknown why the medication was entered in for Acetominophen and then backed out. Also written on the Kardexes is Good mouth check, Cheeks meds However there are No Incident Reports Documenting the situation on November 26 or for the alleged checking of medication.

J) Schlosser wrote the Deputy Warden About the events on November 26 2018 and The events in paragraph K December 1 2018 However recieved No Response.

K) On December 1 2018 This plaintiff was called Down to medical to take his medication after he reported Draughn harassing him, Schlosser had recieved a ticket and lost privelages because of Draughns false statements, relating to the Nov 26 incident. Schlosser Did not trust Draughn so he respectfully Asked for a lieutenant to be Summoned However when Schlosser asked

12

Draughn to summon one she then told schlosser
to leave medical that he refused his medication.
Schlosser Did not recieve any medication this Night
However the Kardex Does Not properly reflect this
as Draughn initialed that he had, Falsifying this
Document No 784

L) Medical History Document shows schlosser
Did not recieve any of his Am medication on
January 15 2019 No incident reports were filed
and the informal Request forms sent back to Schlosser
on 1/31/19 from ASN. Jones and 2/1/19 from
maldonado Do not reflect this missing Dose rather.
on Dec 1 either

m) On Jan 29th Schlosser wrote an informal to
the Deputy wardens for a second time In Reference
to missing colonadine and missing medication
by Nurse Linda carter on the 29th of January
and previously by Draughn, because schlosser Never
recieved a response to his informal on Dec 1 2018
he filed a Grievence on Jan 30th stating the
same medication issues. Regarding Bloodpressure meds
Doc 771

N) ASN Jones and maldonado Both state that
it is Schlosser's responsibility to show up for
med pass and that he did not have colonadine on
the 15th and the 29th of January. Doc 771

O) On February 7 Nurse Chelsea Nappi at 10pm came to the Block to Dispense medication. Upon seeing only half a tablet of 800mg Dose of Gabapentin Nurse Chelsea Said give me that and she said she would return with the full Dose However Never Did. Also per the Kardex Document # 729 Nappi Fals.f.ed this Document by placing her initials in the box Stating I recieved this Dose of Gaba-pentin when I Did not.

P) On medical History Document No 729 for Gabapentin 800mg It shows the Start Date of the prescription and the end Date, 2/7/19 to 5/7/19 Schlosser experienced Severe withdrawl symptons from 5/8/19 to the evening of 5/14/19 When Nurse Monique Gary Dispensed the missing Dose of Gabapentin, Sadly on this night Schlosser was again missing medication Dose colonadine. Also See DOC 565

Q) Schlosser filed a Grievence for not Getting His Dose of Gabapentin from May 8 to the evening of the 14th, The Grievence was returned Stating he recieved his medication, when clearly he did not which again is Another False statement

14

R) Document 751 reflects incident report
Nurse Linda carter Filed For missing medication
on the 29th of January that I should have recieved
as I was in the Dayroom and an attempt should have
been made to Give me my medication

S) Out of sequence of events However on Jan
29 2019 an informal was sent to the medical
Supervisor In an attempt to Resolve medication
issues, medical supervisor Tamara Jackson RN
responds you were seen about your severe dry skin
your case will be recieved by the in house prescriber
For Further intentions, Schlosser Did not know
at the time this woman was the medical supervisor
Nor Did he know that this is the informal She had
when She saw me for Dry Skin. Doc 763, 764

T) The Grievence Filed on January 30th regarding
missing medication was recieved march 5th and
States you've exhausted your Administrative Remedies
and A copy of this Grievence Given to Acting CHNS
T. Jackson Last Fri 3/15/19 to be forwarded to
Jones who is coming later that Day.

U) On Grievence For missing Gabapentin from May 8 to the 14th Grievence was recieved May 25th and states per MAR AM & pm meds were Given Signed by RN's Goode and Soler However Soler is an LpN according to the staff signiture. This is False as prescription ended on 5/7/19 also stated you have exhausted your administrative Remedies.

V) On Request For renewal of medication which plaintiff should not Have to Do as this is the responsibility of the medical supervisors and Karen McGowan-Cottle. L. Richardson recieved the request 4 Days later. it is unknown why this request ~~was~~ took this long to recieve and Act on.

W) No Response was Given to the Grievence and informal Filed regarding medication oN February 7th 2019 missing Gabapentin and false check off on Kardex

X) On May 28th 2019 Nurse Draughn came into the block slamming Doors She crushed his medication and then Started harassing him stating he had medication in his mouth when he did not. Schlosser tried to close the Door to Avoid the intimidation However Draughn then Forced the Door open and locked it open and walked Away Schlosser

16

Called her a name and filed a Grievence However
No response was Given.

Y) On october 19 2019 Schlosser Did not recieve
his Dose of colonadine, Gabapentin or venlafaxine
Doc No 909, Schlosser Also Did not recieve
his Dose of Gabapentin on october 30 2019 pm
medication and again on october 31 2019 am Medication
Doc No 909, Cheatman States Doc Remedies have
been exhausted and medication was not in the
building at this time. Where is the contingency
Stock that is suppose to be there for these situations?

Z) Schlosser again Did not recieve his Gabapentin
on 10-16-19 During pm medication and again on
10-24-19 pm medication Schlosser filed a Grievence
However recieved No Response and Doc No 909
Doesn't reflect the Grievence as Nurses have the
ability to go into the system and change Dispense
Status. Grievence was filed on 10/25/19

AA) Schlosser Did not recieve all of his medication
on 10-17-19 am medication. Furthermore Schlosser
Seen that Draughn Had a card full of Gabapentin
under the empty medication card. Schlosser
filed a Grievence and recieved a response
that medication was administered, Remedies were
exhausted and Response was outside 30 day limit.
Doc No 909

BB) Schlosser wrote informals to the medical Supervisors Regarding Draughn's failure to follow procedure by using the proper tool to crush medication instead of using the bar code scan tool, From Approx 12/14/19 to 12/17/19 including other Dates as well from this time to the time I was sentenced on 1/15/20. These medical Supervisors and Deputy wardens failed to correct this Harassing Act. This is Documented on Doc No 925.

CC) Document No 609 states that 6/5/2019 Defendant Soler Lpn enclosed medications and Kordexes for transfer to Hartford. It specifically asks medications prepared for transfer, only The night time Dose of medication was provided for when this plaintiff arrived at HCC Depriving this Inmate of his Gabapentin and venlafaxine for 2-3 days. The fact that Soler stated medications were enclosed is a False statement and mis-represented the fact that New Haven Knowingly, Intentionally and Recklessly specifically Soler with a clear culpable state of mind only enclosed one Dose.

18

DD) Schlosser again Did not recieve on 12/19/19 Am medication his Dose of GAbapentin and venlafaxin. Then again on 12/30/19 Am medication his Dose of GAbapentin. DOC 906

EE) Schlosser because he was frustrated and tired of continuously being deprived of his medication and seeking help from Any staff who will help. However recieved No help started writing up Block officers for using their cellphones inside a correctional facility and placing at the Bottom of the informal that you can thank JACKSON, Cheatman and Draughn for his Deliberate indifference at writing officers up for cellphone use and Sent it to the Deputy wardens and unit managers.

FF) Within the first two weeks of JAnuary 2020 Schlosser met with WAlker, maldonado, Tiriolo and was told by WAlker Do you know who's House your in. Schlosser Described all of the issues he was having mainly the medication problems

GG) The staff in the medical Department Knowingly, Intentionally, Recklessly with a clear culpable State of mind Did nothing to correct the medication Dispensing issue Schlosser was having. If at Any time Regardless if it was in the building or not after investigation it has been learned that

each facility manages a contingency stock Just for these reasons that are kept at certain levels at all times and inventoried so there is No Reason what soever that Schlosser was ever without his medication.

HH) Plaintiff Schlosser Notified All of the proper staff numerous times over and over to fix this ongoing problem However with Deliberate Indifference it continued.

II) All of these Defendants intentionally, Knowingly, Recklessly with a clear culpable state of mind failed to correct the overall medication problem at DOC was experiencing.

JJ) Schlosser Never had his Dosage corrected to 900mG until He reached walker CI.

KK) It is extremely clear that individuals at New Haven Correctional Center have falsified and manipulated the medication Dispensing System to Avoid being held responsible and liable.

20

LL) While fighting his violation of probation
case in 2019 the Superior court placed on
Schlosser's mittimus medication, mental Health
as a condition. This was placed on the mittimus
on final disposition on 1/15/20 as well.

mm) on the news Fox 61 numerous times
was Ct Doc's inability to Give inmates
medication on a consistent basis. Schlosser
continued to Have problems with his medication
all the way up until Assistant Attorney General
Bob Dearington Filed an Appearence on this
case then, The medication problems stopped.

NN) Plaintiff Schlosser while at cheshire CI
recieved A few Disciplinary reports and recieved
the sanction Loss of mail. Per policy Schlosser
shouldn't Have been placed on loss of mail
for more than 60days, Counselor Supervisor
molina verified this with Schlosser. At this
point in time Schlosser ordered 2 Books Federal
Rules of civil procedure and Pro-Se legal
writing and research. Lt Czerechma told
Schlosser these Books Are not social correspondence
Schlosser checked with Counselor Supervisor
molina as well and she said the same thing
However Domitriz says it is and won't
release the Books to Schlosser. This is A

21

First Amendment Violation of Access to the carts and is obstruction of Justice as I require these Books for all of my federal and State cases. This also violates. 42 USC 2000 AA.

OO) In the beginning few Days of the month of October 2020 Schlosser Had a conversation with Mr. Dearington He asked Him where the Discovery information is that he requested Mr. Dearington Said He Hasn't recieved Anything from Schlosser. It is unknown if the mail Room at Cheshire is even mailing out The letters sent to Mr. Dearington

PP) Defendants cheatman and mALDanado Still Have not been served per Hon Judge Stefan R underhill on his initial Review order. It specifically States if Defendants fail to send Back the waiver of service Then the clerk is to setup in person service at the Defendants expense.

QQ) Attached Are the Discovery requests sent to Mr. Dearington that Apparently Never made it in to his Hands.

22

RR) Plaintiff Schlosser Has been previously Diagnosed by Yale New Haven Health Specialists as Having Disasociative PTSD and Amnesia Including traumatic Brain Injury, He Believes He was Discriminated by these Defendants In regards to his medication. He also believes that he Did not recieve the proper Services or Benefits of a consistent medication Regiment like the one he was on when he was on Probation

SS) Plaintiff Schlosser Has become more mentally and emotionally Injured Since The initial Filing of this complaint Due to the medication issue continuing at whatever facility he was confined At most recently Cheshire CI.

TT) Plaintiff Schlosser is now experiencing His Blood pushing through his Skin in what he believes is Stress related by these medication issues he is having or was having until the time ASST Attorney General Dearington was Appointed to this case. He also believes He is experiencing this also because of the Negative enviorment by employees here at Cheshire CI as well. His Platelet level is Approx 85 - 90 parts per thousand. Normal Range is 150 to 400.

23

UU) Plaintiff Schlosser's face Now looks like Some one with leprosy or Some other malicious Disease and inmates including staff stay away from Schlosser because of this. Schlosser's Cellmate Also now Has been Alot more Germaphobic because of this.

VV) On The morning of 10-6-20 Schlosser Talked to the New Deputy warden Heinz about His Books He ordered that Domitriz has withheld, Schlosser told Heinz that Domitriz Siad the Books were Social correspondence, Heinz told Schlosser No they Definetly Arent and took his name and went and talked to Domitriz. Schlosser will Have to see if he recieves them.

24

# V. ~~Full~~ exhaustion of Remedies

5) On numerous occasions there were either No Grievences Available or No requests Available violating AD 9.6

A) There is No chain of command list in any Dayroom per AD 9.6 Grievence procedure.

B) on numerous Grievences filed the Box checked by staff was you've exhausted your ADMinistrative Remedies

C) on several Grievences and informals I recieved No Response

VI. Legal Claims                                         25

6) Schlosser realleges and incorporates
by reference paragraphs 1 - 5

A) Shannon Draughn Harassing and intimidating
Schlosser on November 26, Dec 1, and these days
that she continued to crush his medication with
the bar code scanner and not the proper tool and
following procedure is a crime that violates 18USC
241, 242, 245, 1341, and 42USC12101 etseq

B) Shannon Draughns Actions were an Intentional
Infliction of emotional Distress as well as
mental and emotional injury as He is an Individual
with a serious mental illness. (Schlosser)

C) Plaintiff Schlosser's rights were violated under
42USC12101 etseq as he was Discriminated by
the staff at New Haven and was denied on
numerous occasions proper Access to the pharmacy,
which is a more than reasonable accomodation
To which he should be afforded. This includes
29USC 794, and 45 cfr part 85

D) Shannon Draughn Knowingly, Intentionally,
Recklessly with a clear culpable state of mind
Violated 18USC 1001 when she Declared on the medical
Kardex that she Gave Schlosser his medication

26

E) Shannon Draughn Intentionally, Knowingly, Recklessly with a clear culpable state of mind violated 18USC1001 when she input false and misleading, and misrepresenting facts stating Schlosser was Hoarding medication after a mouth check was Done by Lt pedro in front of Draughn. This Also includes the class a ticket that Draughn wrote on Schlosser.

F) Maldonado, Walker, Tiriolo, S.Jones ASN, Draughn, Nappi, Chatman, Jackson, McGowan-cottle and Soler violated 42USC10841 when they failed to provide a Human treatment enviorment that affords reasonable protection from Harm, and the right to Appropriate treatment and related Services in a setting and under conditions that are consistent with Applicable requirements of law.

G) The crimes committed by these Defendants are white collar crimes and violated my Health, welfare and safety as well as security.

H) Walker, Tiriolo, Maldonado violated 18USC 241, 242, 245 when they came into the DayRoom and attempted to intimidate me when Walker said Do you Know Who's House your in?

27

I) Draughn, McGowan-Cottle, Jackson, ASW Jones
violated 18 USC 241, 242, 245 when they allowed
Draughn to intimidate me and write false statements
Denying me a medication increase. They also
violated my Health, welfare and safety when
at one point they decided to give me acetaminophine

J) The actions by Draughn were an Intentional
Infliction of emotional Distress

K) The reckless Disregard by these Defendants
to my health welfare and safety caused me
mental and emotional Injury.

L) Chelsea Nappi, Knowingly, Intentionally,
Recklessly with a clear culpable state of mind
Falsely placed her initials on the Kardex stating
She Dispensed the 800 mg Dose of Gabapentin.
This act is a crime and violates 18 USC 1001,
1341 as I Did not recieve this Dose.

M) Defendants Soler and Goode violated
18 USC 1001 when they falsely stated on the medical
Grievence that medication was Given when
clearly by prescription Dates this Did not Happen.

28

N) Defendant KARen McGowan-Cottle, Tamara Jackson, S. Jones ASN violated Schlossers rights when his prescription wasn't renewed on time.

O) Defendants McGowAN-Cottle, Jackson, S. Jones ASN, cheatman violated Schlosser's rights when they continuously allowed Schlosser to have Numerous missed Doses keeping him from Getting all of his medications on a consistent basis after being Duly informed of the situation through informals and Grievences.

P) Defendant Soler FAlsified the transfer paperwork to Hartford correctional when she misrepresented the facts and stated medications and Kardexes enclosed. only one Dose of medications was provided and should have stated as such. This Act caused Schlosser mental and emotional inJury and violated 18USC1001, 18USC1341

Q) Defendants Tiriolo, walker, MAlDonado, cheatman, Jackson violated 18USC241, 242, 245 when they conspired and failed to Do a proper Investigation and Discipline medical staff per policy.

30

# VII Relief

Wherefore this pro-se Plaintiff respectfully requests and prays that this court enter Judgement:

7) Granting Plaintiff Schlosser a Declaration that the Acts and ommissions Described Herein Constituted a violation of white collar crimes, 42 USC 12101 et seq, 42 USC 2000 et seq, 29 USC 794, 45 CFR Part 85, 18 USC 1001, 18 USC 1341, 18 USC 241, 242, 245, 42 USC 10841, Intention Infliction of emotional Distress, mental and emotional Injury and Federal and State laws Including the United States Constitution, 42 USC 1983

A) A preliminary Injunction under 15 USC 4, 15 USC 77 + (B) A criminal Investigation be Started. under 28 CFR part 35 a Health and Human Services Investigation also be Started.

B) A permanent Injunction ordering ct Doc to enforce proper procedure when crushing medication and to make sure contingency stocks are at proper levels, Properly Discipline staff for falsely recording medications or misrepresenting facts and for allowing prescriptions to expire Needlessly. Give Plaintiff Schlosser All of His medications to keep with him to Avoid Anymore problems with ct Doc medical.

C) Compensatory Damages of 4,000,000 US Dollars against each Defendant Jointly and severally

D) punitive Damages of 1,000,000 US Dollars against each Defendant Jointly and severally

E) A Jury trial on all issues triable by Jury

F) Recovery of costs in this Suit and previously owed money to The District court for previous Suits.

G) Any other relief this court Deems Just proper and equittable

Respectfully
Submitted
Jeffrey Schlosser
269683
Plaintiff
Cheshire CI

32

## Verification

I have Read the foregoing Amended Complaint and therby verify that as to the matters Alleged on information I believe them to be true to the best of my Knowledge and Belief. I certify under penalty of perjury the foregoing is true and correct.

executed at cheshire CI on 9-7-20

Jeffrey Schlosser
Plaintiff

Exhibit

United States District Court
District of Connecticut

Schlosser 269683                    Civil No
        V                           319 cv 1445 SRU
Droughn et al                           9-15-20

                  Discovery
            Plaintiff's First
        Request for production of Documents

        Pursuant to Rule 34 of The Federal Rules
of civil procedure, Plaintiff Schlosser Requests
The following information be produced for
inspection or copying by Defendants Jackson,
Walker, Tiriolo, S. Jones ASW

1) connecticut Practice book Newest edition
with commentary and codes of Professional
conduct

2) criminal Rules of Federal procedure 2020
edition with commentary

3) Custody chain of command for District II

4) Health services chain of command for
District II

SCANNED at Chelshine
and Emailed
9/18/20 by ___ , 3 pages
date    initials   No.

2

5) All of CGSA53A

6) All of 18USC

7) All Federal Laws pertaining to treatment
of Individuals by Healthcare providers regarding
Dispensing of medication and continuance
~~and rx~~ of medication and prescriptions.

8) Federal Rules of civil procedure 2020
edition with commentary

9) American correctional association Performance
Based Standards for Adult correctional Institutions
Newest edition

10) American correctional association Performance
Based Standards for local Detention Facilities
Newest edition

11) American Nurses Association Standards
of Nursing practice in correctional facilities
Newest edition

12) National commission on correctional
Healthcare Newest edition

3

13) Regulations of connecticut state agencies
pertaining to medication Dispensing and contingency
Stock including prescriptions

14) Proper Procedure For Dispensing and crushing
GABApentin

15) Information from manufacturer on use of
GABapentin or any other medication that is
Broken or Blister is DAmaged and No longer
Has sanitary air pocket IE DAmaged Packaging

16) A copy of All information RegArding Jeffrey
Schlosser cell B.L.3 in the officers log
Book For the month of December and January
~~Dates~~ 12/2019, 1/2020
17) 5 USC 1501 Through 1508

18) Rules Governing nurses Ability to Change
information on E-MAR

19) How many complaints regarding medical
at NHCC This includes Federal, state, informals
and Grievances and what nurses and what
Kind of complaints, IE medication, treatment etc.
20) How many Disciplinaries has each nurse
Written, Including How many each one HAS recieved
either verbal, written etc.

4

21) When was the last random Drug test Given
by CT Doc to the employees in NHCC

22) Title 42 chapter 1 Sections 1 - 70A
and Supplemental 71 - 71r

23) Title 42 chapter 20A Sections 1975 - 1975E

24) Title 42 chapter 21 Sections 1981 - 2000H-6

25) Title 42 chapter 43 Sections 3501 - 3521

26) Title 42 chapter 60 Sections 4541 - 4594

27) Title 42 chapter 102 Sections 9401 - 9523

28) A list of Assetts each Defendant posesses
Including yearly Pay and How long each
Defendant Has been employed by Ct Doc and
Where Did they work previously and what
Degree's or Licenses Do they currently
posess

29) 28 CFR Part 115 All of It

5

Respectfully
Submitted
Jeffrey Schlosser
269683
plaintiff
Cheshire CI
9-15-20

Certification

I hearby certify that a copy of the foregoing
Has been Sent to all parties that have access to
the courts electronic filing System on the DAy
I Filed this Document through the prisoners
E-File at Cheshire CI

Respectfully
Submitted

Exhibit

United States District court
District of connecticut

Schlosser 269683                    Civil No
        V                           319 cv 1445 SRU
Droughn et AL                       9-24-20

Plaintiff's Second Discovery
Request

I The undersigned Plaintiff respectfully
request:

1) A copy of my complete master file with
all court mittimusses from oct 30 2018 to
present. Including everything in Sec 3

2) The Health Services chain of command For
District 2

3) The custody chain of command For District
2.

4) A copy of e-MAR from the Date left off
in previous medical Records with numbers
labeled on page to continue sequence From
medical Records Specialist FotterGill.

5) CGSA 53A For violating a court order pertaining to medical care

6) 18 USC For violating a court order for medical care

7) CGSA and 18USC for Falsifying medical Records and How many Times and what Dates was Doc medical Talked about on The news Regarding medication

8) CGSA and Federal Regs or codes for illegally Giving medication without a prescription.

Respectfully
Submitted
Jeffrey Schlosser
269683
Cheshire C.I
Plaintiff